| | |
|---|---|
| 1  CRAIG H. MISSAKIAN (CABN 125202)<br>   Acting United States Attorney<br>2<br>   MARTHA BOERSCH (CABN 126569)<br>3  Chief, Criminal Division<br>4  KENNETH CHAMBERS (NYBN 5559885)<br>   EVAN M. MATEER (CABN 326848)<br>5  Assistant United States Attorney<br>6       1301 Clay Street, Suite 340S<br>        Oakland, California 94612<br>7       Telephone: (510) 637-3680<br>        FAX: (510) 637-3724<br>8       Evan.mateer@usdoj.gov<br>9  Attorneys for United States of America | **FILED**<br><br>Aug 22 2025<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND<br><br>SEALED BY ORDER OF THE COURT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>AHMED ALI,<br><br>    Defendant. | CASE NO. 4:25-CR-241-AMO<br><br>STIPULATION AND ORDER (AS MODIFIED) TO CONTINUE INITIAL APPEARANCE, I.D. OF COUNSEL, ARRAIGNMENT AND BAIL REVIEW HEARING<br><br>**UNDERSEAL** |

Defendant Ahmed Ali, together with his seven co-defendants, is currently set for an initial appearance, identification of counsel, arraignment and bail review hearing on August 25, 2025. Mr. Ali was arrested and made his Rule 5 appearance in the Eastern District of Michigan on August 12, 2025. Mr. Ali has retained undersigned defense counsel in connection with this matter. Counsel for the defense is not available on August 25, 2025. Accordingly, the parties stipulate and jointly request that the Court continue the initial appearance, identification of counsel, arraignment and bail review hearing as to Mr. Ali to September 8, 2025. The initial appearance for the other seven defendants would remain August 25, 2025.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

STIP. TO CONTINUE INITIAL APPEARANCE, I.D. OF COUNSEL, ARRAIGNMENT AND BAIL REVIEW    1
4:25-CR-241-AMO

1    IT IS SO STIPULATED.

2    DATED: August 21, 2025                    */s/ Evan M. Mateer*
                                               EVAN M. MATEER
3                                              Assistant United States Attorney

4
     DATED: August 21, 2025                    */s/ Stanford Schulman*
5                                              SANFORD SCHULMAN
                                               Counsel for Defendant
6

7                              **ORDER (AS MODIFIED)**

8         Based upon the facts set forth in the stipulation of the parties and for good cause shown, the

9    initial appearance, identification of counsel, arraignment and bail review hearing as to Defendant

10   Ahmed Ali currently scheduled for August 25, 2205 is continued until September 8, 2025 at 10:30 a.m.

11

12        IT IS SO ORDERED AS MODIFIED.

13

14   DATED: August 22, 2025

15

16                                             _____
                                               HON. DONNA M. RYU
17                                             Chief United States Magistrate Judge