TIMOTHY P. CRUDO (State Bar No. 143835)
CHRISTA L. HYAMS-MILLARD (State Bar No. 341153)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-tpc@cpdb.com
         ef-clh@coblentzlaw.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AHMED MOHAMED ALI,<br><br>    Defendant. | Case No. 4:25-CR-241-AMO-2<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE** |

WHEREAS, Mr. Ali made his Rule 5 appearance in the Eastern District of Michigan on August 12, 2025;

WHEREAS, Mr. Ali had his initial appearance and arraignment on September 8, 2025 (Dkt. #63);

WHEREAS, the conditions of Mr. Ali's release restrict Mr. Ali's travel outside the Northern District of California or the State of Michigan (*see* Exhibit A [Order Setting Conditions of Release and Appearance (September 8, 2025)]);

WHEREAS, Mr. Ali seeks modification to the conditions of his release to allow for travel from Troy, Michigan to Chicago, Illinois, on December 27, 2025, to drive his younger sister from Chicago and bring her to a family holiday gathering in Michigan;

WHEREAS, Mr. Ali will depart Troy, Michigan by car on December 27, 2025, and return on December 28, 2025;

WHEREAS, Mr. Ali's Pretrial Services Officer, Ana Mendoza, does not object to the requested modification to allow for travel;

NOW, THEREFORE, counsel for the defendant Ahmed Mohamed Ali through his attorney, Timothy P. Crudo, and the government through its attorney, Evan Mateer, respectfully request an order to modify the conditions of Mr. Ali's pretrial release to permit Mr. Ali to drive from Troy, Michigan to Chicago, Illinois, and back on December 27-28, 2025. All other conditions of pretrial release are to remain the same.

SO STIPULATED.

DATED:  December 19, 2025        COBLENTZ PATCH DUFFY & BASS LLP

By:   */s/ Timothy P. Crudo*
Timothy P. Crudo
Attorney for Defendant AHMED ALI

DATED:  December 19, 2025        CRAIG H. MISSAKIAN
United States Attorney

By:   */s/ Evan M. Mateer*
EVAN M. MATEER
Assistant United States Attorney

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Conditions of Release and Appearance of Defendant Ahmed Mohamad Ali are modified such that Mr. Ali may drive from Troy, Michigan to Chicago, Illinois, and back on December 27-28, 2025.

SO ORDERED.

Dated: December 19, 2025

_____
UNITED STATES MAGISTRATE JUDGE