TIMOTHY P. CRUDO (State Bar No. 143835)
CHRISTA L. HYAMS-MILLARD (State Bar No. 341153)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:      ef-tpc@cpdb.com
            ef-clh@coblentzlaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AHMED MOHAMED ALI,<br><br>Defendant. | Case No. 4:25-CR-241-AMO-2<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |

WHEREAS, Mr. Ali made his Rule 5 appearance in the Eastern District of Michigan on August 12, 2025;

WHEREAS, Mr. Ali had his initial appearance and arraignment on September 8, 2025 (Dkt. #63);

WHEREAS, the conditions of Mr. Ali's release restrict Mr. Ali's travel outside the Northern District of California or the State of Michigan (*see* Exhibit A [Order Setting Conditions of Release and Appearance (September 8, 2025)]);

WHEREAS, Mr. Ali seeks modification to the conditions of his release to allow for travel from Troy, Michigan to Columbus, Ohio, between February 13, 2026 through February 16, 2026, for a family gathering;

WHEREAS, Mr. Ali will depart Troy, Michigan by car on February 13, 2026, and return on February 16, 2026;

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 • Fax 415.989.1663

WHEREAS, Mr. Ali's interim Pretrial Services Officer Reanna Agah, does not object to the requested modification to allow for travel;

NOW, THEREFORE, counsel for the defendant Ahmed Mohamed Ali through his attorney, Timothy P. Crudo, and the government through its attorney, Evan Mateer, respectfully request an order to modify the conditions of Mr. Ali's pretrial release to permit Mr. Ali to drive from Troy, Michigan to Columbus, Ohio, and back between February 13, 2026 and February 16, 2026. All other conditions of pretrial release are to remain the same.

SO STIPULATED.

DATED:  February 6, 2026                COBLENTZ PATCH DUFFY & BASS LLP


By:     /s/ Timothy P. Crudo
        Timothy P. Crudo
        Attorney for Defendant AHMED ALI


DATED:  February 6, 2026                CRAIG H. MISSAKIAN
                                        United States Attorney


By:     /s/ Evan M. Mateer
        EVAN M. MATEER
        Assistant United States Attorney

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 • Fax 415.989.1663

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 • Fax 415.989.1663

## ORDER

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Conditions of Release and Appearance of Defendant Ahmed Mohamad Ali are modified such that Mr. Ali may drive from Troy, Michigan to Columbus, Ohio, and back between February 13, 2026 and February 16, 2026.

SO ORDERED.

Dated: _February 13, 2026

_____
UNITED STATES MAGISTRATE JUDGE

021061.0001 4905-4995-1885.2                     3                     Case No. 4:25-cr-00264-AMO-2

STIPULATION AND ORDER
TO MODIFY CONDITIONS OF RELEASE AND APPEARANCE