TIMOTHY P. CRUDO (State Bar No. 143835)
CHRISTA L. HYAMS-MILLARD (State Bar No. 341153)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:     ef-tpc@cpdb.com
           ef-clh@coblentzlaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AHMED MOHAMED ALI,<br><br>Defendant. | Case No. 4:25-CR-241-AMO-2<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |

WHEREAS, Mr. Ali made his Rule 5 appearance in the Eastern District of Michigan on August 12, 2025;

WHEREAS, Mr. Ali had his initial appearance and arraignment on September 8, 2025 (Dkt. #63);

WHEREAS, the conditions of Mr. Ali's release restrict Mr. Ali's travel outside the Northern District of California or the State of Michigan (*see* Exhibit A [Order Setting Conditions of Release and Appearance (September 8, 2025)]);

WHEREAS, Mr. Ali seeks modification to the conditions of his release to allow travel outside the Northern District of California or the State of Michigan with the prior permission of Pretrial Services, without requiring Court intervention;

WHEREAS, Mr. Ali's interim Pretrial Services Officer Reanna Agah, does not object to the requested modification to allow for travel;

021061.0001 4931-3832-8467.2                                     Case No. 4:25-CR-241-AMO-2

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 • Fax 415.989.1663

NOW, THEREFORE, counsel for the defendant Ahmed Mohamed Ali through his attorney, Timothy P. Crudo, and the government through its attorney, Evan Mateer, respectfully request an order to modify the conditions of Mr. Ali's pretrial release to permit Mr. Ali to travel outside the Northern District of California or the State of Michigan with the prior permission of Pretrial Services, without requiring Court intervention. All other conditions of pretrial release are to remain the same.

SO STIPULATED.

DATED:  May 4, 2026                    COBLENTZ PATCH DUFFY & BASS LLP


By:    /s/ Timothy P. Crudo
       Timothy P. Crudo
       Attorney for Defendant AHMED ALI


DATED:  May 4, 2026                    CRAIG H. MISSAKIAN
                                       United States Attorney


By:    /s/ Evan M. Mateer
       EVAN M. MATEER
       Assistant United States Attorney

STIPULATION AND ORDER
TO MODIFY CONDITIONS OF RELEASE AND APPEARANCE

**ORDER**

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Conditions of Release and Appearance of Defendant Ahmed Mohamad Ali are modified such that Mr. Ali may travel outside the Northern District of California or the State of Michigan with the prior permission of Pretrial Services, without requiring Court intervention..

SO ORDERED.


Dated: May 4, 2026_____

_____
HONORABLE THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 • Fax 415.989.1663